■ Moe Hirsch et al., Appellants, v Peekskill Ranch, Inc., et al., Defendants, and Richard W. Fulfree, Respondent.—In an action to foreclose a mortgage, plaintiffs appeal from an order of the Supreme Court, Westchester County (Coppola, J.), dated July 26, 1984, which directed that a hearing be conducted to determine the receiver's claim for reimbursement for necessary expenditures.

Appeal dismissed, without costs or disbursements.

An order directing a judicial hearing to aid in the disposi-

tion of a motion does not affect a substantial right (*see,* CPLR 5701 [a] [2] [v]) and therefore is not appealable as of right (*see, De Santis v De Santis,* 107 AD2d 734; *Warner v Warner,* 88 AD2d 639; *Bagdy v Progresso Foods Corp.,* 86 AD2d 589). Mollen, P. J., Bracken, Niehoff and Rubin, JJ., concur.